1  NICOLA T. HANNA
   United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   DAVID T. RYAN (Cal. Bar No. 295785)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4491
7       Facsimile: (213) 894-2979
        E-mail:    david.ryan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

```
                    FILED
           CLERK, U.S. DISTRICT COURT

                12/4/2020

         CENTRAL DISTRICT OF CALIFORNIA
         BY: ___DL_____ DEPUTY
```

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          CR   5:20-cr-00246-JGB

13           Plaintiff,               GOVERNMENT'S *EX PARTE* APPLICATION
                                       FOR ORDER SEALING INDICTMENT AND
14             v.                      RELATED DOCUMENTS; DECLARATION OF
                                       DAVID T. RYAN
15  NIZAR FARHAT,
                                       **(UNDER SEAL)**
16           Defendant.

17

18      The government hereby applies ex parte for an order that the

19  indictment and any related documents in the above-titled case (except

20  the arrest warrant for the charged defendant) be kept under seal

21  until the government files a "Report Commencing Criminal Action" in

22  this matter.

23  //

24  //

25  //

26  //

27  //

28  //

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of David T. Ryan.

Dated: December 4, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

_____
DAVID T. RYAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF DAVID T. RYAN

I, David T. Ryan, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of <u>United States v. Nizar Farhat</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on December 4, 2020.

2.    Defendant has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on December 4, 2020.  The likelihood of apprehending defendant might be jeopardized if the indictment in this case were made publicly available before the defendant is taken into custody on the indictment.

3.    Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until the defendant is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 2, 2020.

_____
DAVID T. RYAN

1