Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
12/14/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
V.
NIZAR FARHAT, DEFENDANT
USMS#: _____

CASE NUMBER: EDCR 5:20-00246-JGB

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the _____ District of South Carolina on 12/11/20 at 6:42 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   18 U.S.C. 201(c)(1)(B); 18 U.S.C. 209(a), 216(a)(2)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1957

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Christopher Skipper  Phone Number: 843-723-7177

9. Name of Pretrial Services Officer notified: Candace J. Broughton

10. Remarks (if any): _____

11. Name: Trung Vu (please print)

12. Office Phone Number: 626-931-5585

13. Agency: FBI

14. Signature: /s/ Trung Vu

15. Date: 12/14/2020

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION