CLOSED,SURETY

RULE 5        **U.S. District Court**        5:20-cr-00246-JGB
**District of South Carolina (Charleston)**
**CRIMINAL DOCKET FOR CASE #: 2:20-cr-00775-MGB All Defendants**
**Internal Use Only**

Case title: USA v. Farhat

Date Filed: 12/11/2020
Date Terminated: 12/14/2020

Assigned to: Magistrate Judge Mary Gordon Baker

FILED
CLERK, U.S. DISTRICT COURT
12/15/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

**Defendant (1)**

**Nizar Farhat**        represented by    **Christopher Alton Skipper**
*TERMINATED: 12/14/2020*                                Skipper Law Firm
PO Bos 345
Charleston, SC 29402
843-723-7177
Fax: 843-286-7177
Email: chris@skipperlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                   **Disposition**

18:201C.F - BRIBERY OF PUBLIC
OFFICIALS AND WITNESSES

**Plaintiff**

**USA**                                                           represented by    **Sean Kittrell**
US Attorneys Office (Chas)